IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL ARREOLA,<br><br>    Plaintiff,<br><br>  v.<br><br>IGI SQUAT OFFICER CRABTREE,<br><br>    Defendant.<br>_____ / | No. C 12-06512 YGR (PR)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT** |

Plaintiff, a state prisoner, filed the instant *pro se* prisoner complaint under 42 U.S.C. § 1983. The Court has dismissed Plaintiff's complaint with leave to amend. Plaintiff has filed a request for an extension of time to file his amended complaint.

Good cause appearing, the request is GRANTED. Plaintiff shall file his amended complaint on or by **April 19, 2013.**

If Plaintiff fails to file an amended complaint by the deadline above, this action will be dismissed.

This Order terminates Docket No. 5.

IT IS SO ORDERED.

DATED: April 8, 2013

                                        **YVONNE GONZALEZ ROGERS**
                                        **UNITED STATES DISTRICT COURT JUDGE**

G:\PRO-SE\YGR\CR.12\Arreola06512.grantEOT.wpd